[No. 9598-3-III. Division Three. February 1, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. NICHOLAS ANDRES FUENTES, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88-1-00629-7, Thomas E. Merryman, J., entered September 13, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, A.C.J., and Thompson, J.

[No. 9625-4-III. Division Three. February 1, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. CINDY L. MARTIN, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 87-1-00194-9, Clinton J. Merritt, J., entered September 23, 1988. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Shields, J.

[No. 9824-9-III. Division Three. February 1, 1990.]

JOHN C. OSTHELLER, *Appellant,* v. LEONARD FULTON, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87-2-03210-2, Larry M. Kristianson, J., entered January 11, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, J., Munson, C.J., dissenting.